**Tyrone Javelle BOWENS, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Respondent—Appellee.**

No. 08–6163.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: Aug. 6, 2008.

Tyrone Javelle Bowens, Appellant Pro Se.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Javelle Bowens, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000)

petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bowens v. Stansberry*, No. 1:07–cv–00994–TSE–BRP (E.D.Va. Oct. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*